**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 13-cr-00135-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DEIVY ROMERO-LOPEZ,

    Defendant.

---

## ORDER
---

    PURSUANT to and in accordance with the Change of Plea and Immediate Sentencing hearing held before the Honorable Lewis T. Babcock, United States District Judge, on June 26, 2013, it is hereby

    ORDERED that Defendant Deivy Romero-Lopez is sentenced to **TIME SERVED.**

    Dated: June 26, 2013.

                          BY THE COURT:


                          s/ Lewis T. Babcock
                          LEWIS T. BABCOCK,
                          UNITED STATES DISTRICT JUDGE